AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:25-mj-00008 |
| Jorge Jose Fournier | ) Assigned To : Judge G. Michael Harvey |
|  | ) Assign. Date : 01/14/2025 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
|  | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Jorge Jose Fournier ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. § 111(b) - Assaulting, Resisting, or Impeding a Federal Officer While Carrying a Deadly or Dangerous Weapon;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in any Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly and Disruptive Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:    01/14/2025                                                          _____
                                                                              *Issuing officer's signature*

City and state:     Washington, D.C.              G. Michael Harvey, U.S. Magistrate Judge
                                                  *Printed name and title*

---

### Return

This warrant was received on *(date)* 1-14-25 , and the person was arrested on *(date)* 1-15-25
at *(city and state)* Grovetown, GA .

Date: 1-15-25                                                _____
                                                              *Arresting officer's signature*

                                                              Harold Dennis Godbee III
                                                              *Printed name and title*